United States District Court
Southern District of Texas
**ENTERED**
August 11, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABDUL CONTEH, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1997 |
| § | |
| GEICO ADVANTAGE INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING AGREED MOTION TO REMAND

Pending before the Court is the parties' agreed motion to remand (Dkt. No. 6). Having considered the agreed motion, the Court is of the opinion that the parties' Agreed Motion to Remand should be GRANTED.

It is, therefore, ORDERED that the Agreed Motion to Remand is GRANTED; the above-styled and numbered civil action is hereby **REMANDED** to the 151st Judicial District Court of Harris County, Texas where it was originally filed and assigned Cause No. 17-34090.

It is so ORDERED.

SIGNED on this 11th day of August, 2017.

_____
Kenneth M. Hoyt
United States District Judge